# REGISTER OF ACTIONS
## CASE NO. 2020DCV3353

| | |
|---|---|
| John E. Rhodes VS Bank of America, N.A., Bank of America Corporation, and Merill Lynch, Pierce, Fenner & Smith, Inc. | Case Type: Other Contract<br>Date Filed: 10/15/2020<br>Location: 327th District Court |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | Bank of America Corporation | |
| Defendant | Bank of America, N.A. | |
| Defendant | Merill Lynch, Pierce, Fenner & Smith, Inc. | |
| Plaintiff | Rhodes, John E. | JOHN M. DICKEY<br>*Retained*<br>915-545-1133(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
- 10/15/2020 Original Petition (OCA)     Doc ID# 1
- 10/15/2020 E-File Event Original Filing
- 10/19/2020 Request     Doc ID# 2
- 10/22/2020 Citation

| | | |
|---|---|---|
| Bank of America, N.A. | Served | 10/26/2020 |
| | Response Due | 11/16/2020 |
| | Returned | 11/05/2020 |
| Bank of America Corporation | Served | 10/26/2020 |
| | Response Due | 11/16/2020 |
| | Returned | 11/05/2020 |
| Merill Lynch, Pierce, Fenner & Smith, Inc. | Unserved | |



EXHIBIT 1